UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA

    - against -

SAMUEL CORBETT,

                   Defendant.

------------------------------------X

10 Cr. 184 (RWS)

OPINION AMENDMENT

**Sweet, D.J.**

    The opinion of this court dated March 24, 2014 in the above titled action is hereby amended as follows:

    The first sentence of the opinion reading "**On June 13, 2013, Samuel Corbett ("Corbett" or "Defendant") pleaded guilty to distributing heroin during and in relation to a conspiracy, possession of a firearm, aiding and abetting the use of a firearm, and shooting and killing Leon Lodge, a/k/a "Khadaffi," pursuant to 18 U.S.C. § 924(j)."** shall be replaced with the following language: "**On June 13, 2013, Samuel Corbett ("Corbett" or "Defendant") pleaded guilty to use of a firearm to commit the murder of Leon Lodge, a/k/a "Khadaffi" in violation of 18 USC § 924 (j) and 2.**"

It is so ordered.

New York, NY
May 27, 2014

ROBERT W. SWEET
U.S.D.J.