UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>SAMUEL CORBETT,<br><br>                              Defendant. | 10-CR-184-01 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received defendant Corbett's motion for a reduction of sentence pursuant to 18 U.S.C. 3582(c). Dkt. 49. The Court directs the Government to file a response within four weeks.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 13, 2023
       New York, New York